JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ERICA COVIAN,<br><br>Plaintiff,<br>v.<br><br>U.S. BANCORP DBA U.S. BANK, TRAVIS HUNTSMAN, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5-24-cv-01051-KK-SHK<br><br>(Removed from Superior Court of California, County of San Bernardino, Case No. CIVSB2405495)<br><br>**ORDER FOR REMAND**<br><br>Hon. Kenly Kiya Kato<br>Complaint Filed: February 14, 2024<br>Trial Date: None Set |

-2-

Pursuant to the Parties' Stipulation to Withdraw Notice for Removal and to Remand Case to State Court, dated June 27, 2024 (Dkt. 12), this matter is hereby ordered remanded back to the Superior Court of California, County of San Bernardino with each side to bear their own fees and costs. Further, Defendant U.S. BANK NATIONAL ASSOCIATION's Notice of Removal, filed on May 17, 2024 (Dkt. 1) and the Plaintiff ERICA COVIAN's Motion to Remand, filed on June 14, 2024 (Dkt. 11) are hereby ordered withdrawn.

Counsel for the Defendant U.S. BANK NATIONAL ASSOCIATION shall serve a copy of this Order on the Superior Court of California, County of San Bernardino.

IT IS SO ORDERED.

Dated: June 28, 2024

_____
Hon. Kenly Kiya Kato
United States District Judge